No. 10–1196. NOVARTIS PHARMACEUTICALS CORP. *v.* STEVENS. Sup. Ct. Mont. Certiorari denied.

No. 10–1206. DOE ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 4th Cir. Certiorari denied. ▇

No. 10–1236. WILL *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 10–1245. LUDWIG *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 10–1246. JACOBS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–1269. ROHART *v.* E. H. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–1274. AGNEW *v.* SUSSEX CONDOMINIUM UNIT OWNERS ASSN. Sup. Ct. Va. Certiorari denied.

No. 10–1287. WHITE *v.* DISTRICT OF COLUMBIA BOARD ON PROFESSIONAL RESPONSIBILITY. Ct. App. D. C. Certiorari denied.

No. 10–1315. EDWARDS *v.* DISTRICT OF COLUMBIA BOARD ON PROFESSIONAL RESPONSIBILITY. Ct. App. D. C. Certiorari denied.

No. 10–1328. DAVIS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–1338. MUSAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8135. LEWIS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 10–8526. VASQUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8548. FIGUEROA-CARTAGENA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.